EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2005

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
WALTER A.Y.H. CHINN, CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL LANAKILA CAMPOS,<br><br>Defendant. | CR. NO. CR05 00136 HG<br><br>INDICTMENT<br><br>[18 U.S.C. § 287] |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about April 30, 2000, in the District of Hawaii,
Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and
presented to the United States Treasury Department a claim
against the United States for payment, which he knew to be false,

fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending March 31, 2000, by mailing and causing to be mailed to the Internal Revenue Service at Fresno, California, wherein he claimed a refund for taxes in the amount of $2,340.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

## COUNT 2

The Grand Jury further charges:

On or about July 31, 2000, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending June 30, 2000, by mailing and causing to be mailed to the Internal Revenue Service at Fresno, California, wherein he claimed a refund for taxes in the amount of $7,670.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

2

## COUNT 3

The Grand Jury further charges:

On or about October 10, 2000, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Amended Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending June 30, 2000, by mailing and causing to be mailed to the Internal Revenue Service at Fresno, California, wherein he claimed a refund for taxes in the amount of $7,670.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

## COUNT 4

The Grand Jury further charges:

On or about October 31, 2000, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending

3

September 30, 2000, by mailing and causing to be mailed to the
Internal Revenue Service at Fresno, California, wherein he
claimed a refund for taxes in the amount of $8,850.00, knowing
such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code,
Section 287.

### COUNT 5

The Grand Jury further charges:

On or about November 30, 2000, in the District of
Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii,
made and presented to the United States Treasury Department a
claim against the United States for payment, which he knew to be
false, fictitious, and fraudulent, by preparing and causing to be
prepared and by signing and causing to be signed, an Amended
Employer's Quarterly Federal Tax Return, Form 941, for the
quarter ending September 30, 2000, by mailing and causing to be
mailed to the Internal Revenue Service at Fresno, California,
wherein he claimed a refund for taxes in the amount of $8,850.00,
knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code,
Section 287.

### COUNT 6

The Grand Jury further charges:

On or about January 31, 2001, in the District of

Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending December 31, 2000, by mailing and causing to be mailed to the Internal Revenue Service at Ogden, Utah, wherein he claimed a refund for taxes in the amount of $9,750.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

### COUNT 7

The Grand Jury further charges:

On or about September 6, 2001, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending March 31, 2001, by mailing and causing to be mailed to the Internal Revenue Service at Ogden, Utah, wherein he claimed a refund for taxes in the amount of $10,750.00, knowing such claim

5

to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

## COUNT 8

The Grand Jury further charges:

On or about February 8, 2002, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending June 30, 2001, by mailing and causing to be mailed to the Internal Revenue Service at Ogden, Utah, wherein he claimed a refund for taxes in the amount of $8,000.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

## COUNT 9

The Grand Jury further charges:

On or about February 13, 2002, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be

6

false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending September 30, 2001, by mailing and causing to be mailed to the Internal Revenue Service at Ogden, Utah, wherein he claimed a refund for taxes in the amount of $8,000.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

### COUNT 10

The Grand Jury further charges:

On or about February 8, 2002, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending December 31, 2001, by mailing and causing to be mailed to the Internal Revenue Service at Ogden, Utah, wherein he claimed a refund for taxes in the amount of $9,000.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

## COUNT 11

The Grand Jury further charges:

On or about June 30, 2002, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending March 31, 2002, by mailing and causing to be mailed to the Internal Revenue Service at Ogden, Utah, wherein he claimed a refund for taxes in the amount of $8,302.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

## COUNT 12

The Grand Jury further charges:

On or about July 31, 2002, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, an Employer's Quarterly Federal Tax Return, Form 941, for the quarter ending

8

June 30, 2002, by mailing and causing to be mailed to the Internal Revenue Service at Ogden, Utah, wherein he claimed a refund for taxes in the amount of $9,985.87, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

## COUNT 13

The Grand Jury further charges:

On or about April 15, 2000, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, a U.S. Individual Income Tax Return, Form 1040, for the calendar year 1999, by mailing and causing to be mailed to the Internal Revenue Service at Fresno, California, wherein he claimed a refund for taxes in the amount of $3,519.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

## COUNT 14

The Grand Jury further charges:

On or about April 15, 2001, in the District of Hawaii,

9

Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2000, by mailing and causing to be mailed to the Internal Revenue Service at Fresno, California, wherein he claimed a refund for taxes in the amount of $9,116.00, knowing such claim to be false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

**COUNT 15**

The Grand Jury further charges:

On or about April 15, 2002, in the District of Hawaii, Defendant PAUL LANAKILA CAMPOS, a resident of Hawaii, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and by signing and causing to be signed, a U.S. Individual Income Tax Return, Form 1040A, for the calendar year 2001, by mailing and causing to be mailed to the Internal Revenue Service at Fresno, California, wherein he claimed a refund for taxes in the amount of $6,078.00, knowing such claim to be false,

fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

DATED: _____ 4/6/05 _____, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Paul Lanakila Campos;
Cr. No. _____
"Indictment"

11