# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00136HG |
| CASE NAME: | USA vs. PAUL LANAKILA CAMPOS |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | Matthew C. Winter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/31/2006 | TIME: | 3:07-3:16 |

COURT ACTION:  EP: Further Detention Hearing - Defendant present in custody.

No contest as to Detention. Motion to Detain Granted.  Govt to prepare Order.

Motion for Withdrawal of Not Guilty Plea and to Plead Anew - Defendant sworn.

More time needed.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager