# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR05-00136HG

CASE NAME:         USA v. Paul Lanakila Campos

ATTYS FOR PLA:     Leslie Osborne

ATTYS FOR DEFT:    Matthew Winter

INTERPRETER:

JUDGE:     Kevin S. C. Chang          REPORTER:    FTR C5

DATE:      2/28/2006                  TIME:        2:03-2:20:04pm

COURT ACTION:   EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 7 of the Indictment entered by the Defendant.  Government agrees to dismiss the remaining counts of the Indictment at sentencing.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 7 of the Indictment set for 7/27/06 at 1:30 p.m. before Judge Gillmor.

The following dates are hereby vacated:
3/6/06, 8:30am, Final Pretrial Conference, Judge Gillmor
3/14/06, 9:00am, Jury Trial, Judge Gillmor

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager