USATTORNEYSOFFICE                                      08:05:12 a.m.   02-28-2006      2 /2
02/27/2006 MON 12:09 FAX 270 7927 MAUI PROSECUTORS OFFICE                    @002/002

**ALAN M. ARAKAWA**
Mayor



**DAVELYNN M. TENGAN.**
Prosecuting Attorney

**BENJAMIN M. ACOB**
First Deputy Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY
### COUNTY OF MAUI
150 S. HIGH STREET
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 270-7777 • FAX (808) 270-7927

February 27, 2006

Leslie Osborne, A.U.S.A.
U.S. Attorney Office
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Ewa Wing, 6th Floor
Honolulu, Hawaii  96813

　　　Re:　State of Hawaii v. Paul Campos
　　　　　(Maui) Criminal Nos. 05-1-0327(3) & 05-1-0005(1)

Dear Mr. Osborne:

　　　I have been informed that the above-named individual is currently in the custody of the federal government.  The State of Hawaii has two criminal cases pending against the same individual in the Circuit Court of the Second Circuit (on Maui) and would like to obtain your approval to take custody of this person on Friday, March 10, 2006, for jury trials or changes of plea in each case, scheduled for Monday, March 13, 2006, at 8:30 a.m. The State of Hawaii will return this individual to the custody of the federal government within 24 hours after the completion of these two cases, be they trials or changes of plea.

　　　Please sign below if you agree to this request and FAX a copy of this letter to me, Fax No. 270-7927.  Our office will then file a writ of habeas corpus ad prosequendum.

　　　Thank you for your cooperation in this matter.

　　　　　　　　　Very truly yours,

　　　　　　　　　JERRIE L. SHEPPARD
　　　　　　　　　Deputy Prosecuting Attorney

APPROVED:

LESLIE OSBORNE
Assistant United States Attorney

EXHIBIT " A "