ORIGINAL

DEPARTMENT OF THE PROSECUTING ATTORNEY  207

JERRIE L. SHEPPARD  4872
Deputy Prosecuting Attorney
County of Maui
Wailuku, Hawaii  96793
Tel. No. 270-7630
Fax. No. 270-7927

Attorney for State of Hawaii

LODGED
MAR 03 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 06 2006
at 9 o'clock and __min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00136 HG |
| Plaintiff, | ) | APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM; EXHIBITS "A" AND "B"; ORDER |
| vs. | ) | |
| PAUL LANAKILA VINCENT CAMPOS, | ) | |
| Defendant. | ) | |

APPLICATION AND ORDER REGARDING TEMPORARY
TRANSFER OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

JERRIE L. SHEPPARD, Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, hereby moves this Honorable Court for an order authorizing the temporary transfer of custody of PAUL LANAKILA VINCENT CAMPOS from the United States Marshal Service, District of Hawaii, to State of Hawaii officials on March 10, 2006.

Defendant CAMPOS is now detained in the custody of the United States Marshal Service, District of Hawaii, pending sentencing.


SCANNED

Defendant CAMPOS has a trial before the Honorable Joel E. August, Judge of the Circuit Court of the Second Circuit, State of Hawaii, currently scheduled for March 13, 2006, at 8:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney handling the above matter. (See Exhibit "A").

This Application requests that the Court grant a temporary transfer of custody from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus Ad Prosequendum filed on February 28, 2006, in the Circuit Court of the Second Circuit, State of Hawaii. (See Exhibit "B").

Upon completion of said hearing, Defendant RUSSELL will be returned to the United States Marshal Service, State of Hawaii, within 24 hours after the after the completion of this case, be it trial or change of plea

DATED: Wailuku, Hawaii, March 1, 2006.

STATE OF HAWAII

By /s/ Jerrie L. Sheppard
JERRIE L. SHEPPARD
Deputy Prosecuting Attorney
County of Maui

ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant PAUL LANAKILA VINCENT CAMPOS to State of Hawaii Officials on March 10, 2006, for trial to be held before the Circuit Court of the Second Circuit on March 13, 2006, at 8:30 a.m., and at the conclusion of said proceeding to return said Defendant within 24 hours after the after the completion of this case, be it trial or change of plea, to the United States Marshal Service, District of Hawaii.

DATED: Honolulu, Hawaii, _____MAR ~3 2006_____.

_____
UNITED STATES MAGISTRATE JUDGE