FILED

DEPARTMENT OF THE PROSECUTING ATTORNEY   207

JERRIE L. SHEPPARD  4872
Deputy Prosecuting Attorney
County of Maui
Wailuku, Hawaii  96793
Tel. No. 270-7630
Fax. No. 270-7927

2006 FEB 28 PM 4:04

C. CASIL, CLERK
SECOND JUDICIAL CIRCUIT
STATE OF HAWAII

Attorney for State of Hawaii

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| STATE OF HAWAII, | ) | CR. NO. 05-1-0005(1) |
|---|---|---|
| | ) | COUNT ONE: ASSAULT IN THE SECOND DEGREE |
| v. | ) | |
| | ) | COUNT TWO: TERRORISTIC THREATENING IN THE FIRST DEGREE |
| PAUL LANAKILA VINCENT CAMPOS, | ) | |
| Defendant. | ) | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JOEL E. AUGUST, JUDGE OF THE ABOVE-ENTITLED COURT:

Comes now the STATE OF HAWAII, by JERRIE L. SHEPPARD, Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, and respectfully alleges as follows:

1. That Defendant, PAUL LANAKILA VINCENT CAMPOS, has a case in the Circuit Court of the Second Circuit, Wailuku, Hawaii, Cr. No. 05-1-0005(1);

I hereby certify that this is a full, true and correct copy of the Original.

Clerk, Second Judicial Circuit

EXHIBIT "___"

2. That trial in Cr. No. 05-1-0005(1) is scheduled for March 13, 2006, at 8:30 a.m., before the Honorable JOEL E. AUGUST;

3. That said Defendant is now incarcerated as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii; and

4. That in order to procure Defendant's presence in the Circuit Court of the Second Circuit, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus Ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his deputy, to make available to State of Hawaii officials on March 10, 2006, the body of PAUL LANAKILA VINCENT CAMPOS, and

STATE OF HAWAII OFFICIALS, upon taking custody of Defendant, to:

1. Bring the said Defendant before the Honorable JOEL E. AUGUST, Judge of the Circuit Court of the Second Circuit, on March 13, 2006, at 8:30 a.m., in Cr. No. 05-1-0005(1), and thereafter

2. Return the said PAUL LANAKILA VINCENT CAMPOS, to the custody of the UNITED STATES MARSHAL, District of Hawaii,

within 24 hours after the after the completion of this case, be it trial or change of plea.

DATED:  Wailuku, Hawaii, <u>February 27, 2006</u>.

STATE OF HAWAII

By /s/ Jerrie L. Sheppard
JERRIE L. SHEPPARD
Deputy Prosecuting Attorney
County of Maui


ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM


GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus Ad Prosequendum prayed for in the foregoing Application.

DATED:  Wailuku, Hawaii, FEB 28 2006.

/s/ Joel E. August (Seal)
Judge of the above-entitled Court


WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  UNITED STATES MARSHAL, District of Hawaii, or His Deputy; and STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii or your Deputy, produce the body of PAUL LANAKILA VINCENT CAMPOS, who is being detained as a federal prisoner under your

-3-

custody, to STATE OF HAWAII OFFICIALS on March 10, 2006, for trial; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. Bring the said Defendant before the Honorable JOEL E. AUGUST, Judge of the Circuit Court of the Second Circuit on March 13, 2006, at 8:30 a.m., in Cr. No, 05-1-0005(1); and thereafter

2. Return the said PAUL LANAKILA VINCENT CAMPOS to the custody of the UNITED STATES MARSHAL, District of Hawaii, within 24 hours after the after the completion of this case, be it trial or change of plea.

WITNESS the Honorable JOEL E. AUGUST, Judge of the Circuit Court of the Second Circuit, at Wailuku, Hawaii, and the seal of said Court this 28th day of February, 2006.

/s/ G. Matsuda
_____
Clerk, Circuit Court of the
Second Circuit, State of Hawaii

/s/ Joel E. August (Seal)
_____
Judge of the Circuit Court of
the Second Circuit, State of Hawaii