ORIGINAL

DEPARTMENT OF THE PROSECUTING ATTORNEY   207

JERRIE L. SHEPPARD  4872
Deputy Prosecuting Attorney
County of Maui
Wailuku, Hawaii  96793
Tel. No. 270-7630
Fax. No. 270-7927

Attorney for State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2006

LODGED at 8 o'clock and 40 min M
SUE BEITIA, CLERK

MAR 17 2006
11:25 A.M. ay
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )   CR. NO. 05-00136 HG
                               )
            Plaintiff,         )   APPLICATION AND ORDER
                               )   REGARDING TEMPORARY TRANSFER
     vs.                       )   OF CUSTODY TO THE STATE OF
                               )   HAWAII REGARDING WRIT OF
PAUL LANAKILA VINCENT CAMPOS,  )   HABEAS CORPUS AD PROSEQUENDUM;
                               )   EXHIBITS "A" AND "B"; ORDER
            Defendant.         )
                               )
_____)


APPLICATION AND ORDER REGARDING TEMPORARY
TRANSFER OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM


     JERRIE L. SHEPPARD, Deputy Prosecuting Attorney for the

County of Maui, State of Hawaii, hereby moves this Honorable

Court for an order authorizing the temporary transfer of custody

of PAUL LANAKILA VINCENT CAMPOS from the United States Marshal

Service, District of Hawaii, to State of Hawaii officials on

March 31, 2006.  This writ remains in effect until completion of

said hearings.

     Defendant CAMPOS is now detained in the custody of the

United States Marshal Service, District of Hawaii, pending

sentencing.



Defendant CAMPOS has a trial before the Honorable Joel E. August, Judge of the Circuit Court of the Second Circuit, State of Hawaii, currently scheduled for April 3, 2006, at 8:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney handling the above matter.  (<u>See</u> Exhibit "A").

This Application requests that the Court grant a temporary transfer of custody from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus Ad Prosequendum filed on March 15, 2006, in the Circuit Court of the Second Circuit, State of Hawaii.  (<u>See</u> Exhibit "B").

Upon completion of said hearing, Defendant CAMPOS will be returned to the United States Marshal Service, State of Hawaii, within 24 hours after the after the completion of this case, be it trial or change of plea

DATED:  Wailuku, Hawaii, <u>March 16, 2006</u>.

STATE OF HAWAII

By _____
JERRIE L. SHEPPARD
Deputy Prosecuting Attorney
County of Maui

-2-

ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant PAUL LANAKILA VINCENT CAMPOS to State of Hawaii Officials on March 31, 2006, for trial to be held before the Circuit Court of the Second Circuit on April 3, 2006, at 8:30 a.m., and at the conclusion of said proceeding to return said Defendant within 24 hours after the after the completion of this case, be it trial or change of plea, to the United States Marshal Service, District of Hawaii.

DATED:   Honolulu, Hawaii, ___3.20.2006___ .

UNITED STATES MAGISTRATE JUDGE