ORIGINAL

DEPARTMENT OF THE PROSECUTING ATTORNEY   207

JERRIE L. SHEPPARD   4872
Deputy Prosecuting Attorney
County of Maui
Wailuku, Hawaii  96793
Tel. No. 270-7630
Fax. No. 270-7927

Attorney for State of Hawaii

LODGED MAR 17 2006  CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAR 21 2006
at 8 o'clock and 40 min. ᵇ/M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PAUL LANAKILA VINCENT CAMPOS, )<br>)<br>Defendant. )<br>_____ ) | CR. NO. 05-00136 HG<br><br>APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM; EXHIBITS "A" AND "B"; ORDER |

APPLICATION AND ORDER REGARDING TEMPORARY
TRANSFER OF CUSTODY TO THE STATE OF HAWAII
<u>REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

JERRIE L. SHEPPARD, Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, hereby moves this Honorable Court for an order authorizing the temporary transfer of custody of PAUL LANAKILA VINCENT CAMPOS from the United States Marshal Service, District of Hawaii, to State of Hawaii officials on March 31, 2006.  This writ remains in effect until completion of said hearings.

Defendant CAMPOS is now detained in the custody of the United States Marshal Service, District of Hawaii, pending sentencing.



Defendant CAMPOS has a trial in Cr. No. 05-1-0257(3) and arraignment and plea in Cr. No. 06-1-0620(3) before the Honorable Joseph E. Cardoza, Judge of the Circuit Court of the Second Circuit, State of Hawaii, currently scheduled for April 3, 2006, at 8:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney handling the above matter. (See Exhibit "A").

This Application requests that the Court grant a temporary transfer of custody from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus Ad Prosequendum filed on March 15, 2006, in the Circuit Court of the Second Circuit, State of Hawaii. (See Exhibit "B").

Upon completion of said hearing, Defendant CAMPOS will be returned to the United States Marshal Service, State of Hawaii, within 24 hours after the after the completion of this case, be it trial or change of plea

DATED: Wailuku, Hawaii, March 16, 2006.

STATE OF HAWAII

By _____
JERRIE L. SHEPPARD
Deputy Prosecuting Attorney
County of Maui

ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII
<u>REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant PAUL LANAKILA VINCENT CAMPOS to State of Hawaii Officials on March 31, 2006, for trial in Cr. No. 05-1-0257(3) and arraignment and plea in Cr. No. 06-1-0620(3) to be held before the Circuit Court of the Second Circuit on April 3, 2006, at 8:30 a.m., and at the conclusion of said proceeding to return said Defendant within 24 hours after the after the completion of these cases, be it trial or change of plea, to the United States Marshal Service, District of Hawaii.

DATED: Honolulu, Hawaii, 3-20-2006.

_____
UNITED STATES MAGISTRATE JUDGE