ALAN M. ARAKAWA
Mayor



DAVELYNN M. TENGAN
Prosecuting Attorney

BENJAMIN M. ACOB
First Deputy Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY
### COUNTY OF MAUI
150 S. HIGH STREET
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 270-7777 • FAX (808) 270-7927

March 13, 2006

Leslie Osborne, A.U.S.A.
U.S. Attorney Office
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Ewa Wing, 6th Floor
Honolulu, Hawaii 96813

Re: State of Hawaii v. Paul Campos
(Maui) Criminal Nos. 05-1-0327(3), 05-1-0005(1)
and 05-1-0620(3)

Dear Mr. Osborne:

As you know, the above-named individual is currently in the custody of the federal government. My last letter to you, dated February 27, 2006, notified you about two criminal cases pending in Second Circuit Court with the State of Hawaii. Since then, another criminal case has come before the court for arraignment and plea. These three criminal numbers are listed above.

We had arranged for Defendant's appearance on the first two matters for March 13, 2006, however, during transport to Maui, the Defendant had a medical issue that precluded his transport. It is now our desire to renew the transport for March 20, 2006, and to include the arraignment on the new matter. Accordingly, we would like to obtain your approval to take custody of this person on Friday, March 17, 2006, for arraignment, jury trial or changes of plea in each case, scheduled for Monday, March 20, 2006, at 8:30 a.m. The State of Hawaii will return this individual to the custody of the federal government within 24 hours after the completion of these three cases.

Please sign below if you agree to this request and FAX a copy of this letter to me, Fax No. 270-7927. Our office will then file a fresh writ of habeas corpus ad prosequendum for all matters.

Thank you for your cooperation in this matter.

Very truly yours,

*Jerrie L. Sheppard* (signature)
JERRIE L. SHEPPARD
Deputy Prosecuting Attorney

APPROVED:

*Leslie Osborne* (signature)
LESLIE OSBORNE
Assistant United States Attorney

EXHIBIT "A"