FILED

DEPARTMENT OF THE PROSECUTING ATTORNEY   207

JERRIE L. SHEPPARD   4872
Deputy Prosecuting Attorney
County of Maui
Wailuku, Hawaii   96793
Tel. No. 270-7630
Fax. No. 270-7927

2006 MAR 15 PM 3:17

C. CASIL, CLERK
SECOND JUDICIAL CIRCUIT
STATE OF HAWAII

Attorney for State of Hawaii

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| STATE OF HAWAII | CR. NO. 05-1-0257(3) |
|---|---|
| v. | COUNT ONE: BAIL JUMPING IN THE FIRST DEGREE |
| PAUL LANAKILA VINCENT CAMPOS, | COUNT TWO: BAIL JUMPING IN THE FIRST DEGREE |
| Defendant. | CR. NO. 05-1-0620(3) |
| | COUNT ONE: RESISTING ORDER TO STOP A MOTOR VEHICLE |
| | COUNT TWO: ATTEMPTED ASSAULT IN THE FIRST DEGREE |
| | COUNT THREE: ASSAULT AGAINST A LAW ENFORCEMENT OFFICER IN THE FIRST DEGREE |
| | COUNT FOUR: OPERATING A VEHICLE UNDER THE INFLUENCE OF AN INTOXICANT |
| | COUNT FIVE: DRIVING WITHOUT A LICENSE |
| | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JOSEPH E. CARDOZA, JUDGE OF THE ABOVE-ENTITLED COURT:

EXHIBIT "B"

I hereby certify that this is a full, true and correct copy of the Original.

Clerk, Second Judicial Circuit

Comes now the STATE OF HAWAII, by JERRIE L. SHEPPARD, Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, and respectfully alleges as follows:

1. That Defendant, PAUL LANAKILA VINCENT CAMPOS, has cases in the Circuit Court of the Second Circuit, Wailuku, Hawaii, Cr. No. 05-1-0257(3) and Cr. No. 05-1-0620(3);

2. That trial in Cr. No. 05-1-0257(3) and arraignment and plea in Cr. No. 05-1-0620(3) are scheduled for April 3, 2006, at 8:30 a.m., before the Honorable JOSEPH E. CARDOZA;

3. That said Defendant is now incarcerated as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii; and

4. That in order to procure Defendant's presence in the Circuit Court of the Second Circuit, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes, and that it remain in effect until completion of said hearings.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus Ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his deputy, to make available to State of Hawaii officials on March 31, 2006, the body of PAUL LANAKILA VINCENT CAMPOS, and

STATE OF HAWAII OFFICIALS, upon taking custody of Defendant, to:

1. Bring the said Defendant before the Honorable JOSEPH E. CARDOZA, Judge of the Circuit Court of the Second Circuit, on April 3, 2006, at 8:30 a.m., in Cr. No. 05-1-0257(3) and Cr. No. 05-1-0620(3), and thereafter

2. Return the said PAUL LANAKILA VINCENT CAMPOS, to the custody of the UNITED STATES MARSHAL, District of Hawaii, within 24 hours after the after the completion of these cases, be it trial or change of plea.

DATED: Wailuku, Hawaii, March 14, 2006.

STATE OF HAWAII

By /s/ Jerrie L. Sheppard
JERRIE L. SHEPPARD
Deputy Prosecuting Attorney
County of Maui

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus Ad Prosequendum prayed for in the foregoing Application.

DATED: Wailuku, Hawaii, MAR 15 2006.

/s/ Joseph E. Cardoza (Seal)
Judge of the above-entitled Court

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: UNITED STATES MARSHAL, District of Hawaii, or His Deputy; and STATE OF HAWAII OFFICIALS

-3-