EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00136 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| PAUL LANAKILA CAMPOS, | ) | |
| | ) | Date:  July 27, 2006 |
| Defendant. | ) | Time:  1:30 p.m. |
| _____ | ) | Chief Judge:  Helen Gillmor |

GOVERNMENT'S SENTENCING STATEMENT

The United States, by and through its attorney, the United States Attorney for the District of Hawaii, hereby states that it has no objection and/or clarifications to make to the draft Presentence Investigation Report dated June 7, 2006.

DATED:  Honolulu, Hawaii, June 21, 2006.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        By /s/ Leslie E. Osborne, Jr.
          LESLIE E. OSBORNE, JR.
          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on June 21, 2006:

**Served Electronically through CM/ECF:**

Matthew C. Winter          matthew_winter@fd.org
Assistant Federal Public Defender
300 Ala Moana Blvd., Rm. 7-104
Honolulu, HI 96850

Attorney for Defendant
PAUL LANAKILA CAMPOS

**Served by hand-delivery:**

Ellie Asasaki
Senior U.S. Probation Officer
300 Ala Moana Blvd., Rm. 2-215
Honolulu, HI 96850

/s/ Gloria Parker