ORIGINAL

PAUL LANAKILA CAMPOS
92567-022
F.D.C. HONOLULU
POST OFFICE BOX 30080
HONOLULU, HAWAII 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

In Re:                              )
                                    )          CR 05-136 HG
AFFIDAVIT OF PAUL LANAKILA CAMPOS   )
REG. NO. 92567-022                  )          AFFIDAVIT OF PAUL LANAKILA CAMPOS
                                    )
_____)


AFFIDAVIT OF PAUL LANAKILA CAMPOS


COMES NOW Affiant, PAUL LANAKILA CAMPOS, and swears and/or affirms under penalty of perjury under the laws of the United States, ( 28 U.S.C. §1746 AND 18 U.S.C. §1621 ), that:

1. I am a "Pre-Trial" Federal Detainee currently housed and/or incarcerated at the F.D.C. Honolulu.

2. While housed/incarcerated at the F.D.C. Honolulu I am/was "housed" on Floor 4B in Cell 218 of the F.D.C. Honolulu, Bureau Of Prisons ("BOP"), Department Of Justice ("DOJ").

3. I HAVE PERSONALLY WITNESSED "OTHER INMATES" ON FLOOR 4B, OF THE F.D.C. HONOLULU, "DOJ", "BOP", GO THROUGH, READ, AND EVEN "STEAL" MY UNITED STATES MAIL THAT WAS IN MY "LOCKER" IN CELL 218 OF 4B F.D.C. HONOLULU, "DOJ", "BOP", FOR THE "STAFF", ("C.O."S, ETC.);

4. WHILE "HOUSED" IN THE "SHU" (SPECIAL HOLDING UNIT), AT THE F.D.C. HONOLULU, "DOJ", "BOP", I WAS TOLD, "YOU CAN EITHER

GO TO THE LAW LIBRARY "OR" GO TO RECREATION FOR ONE (1) HOUR, (IN THE "SHU" AN INMATE IS INCARCERATED WITHIN HIS/HER PARTICULAR CELL FOR 24 HOURS A DAY AND ALLOWED AN HOUR (1) OF "EXERCISE" FIVE (5) OUT OF THE SEVEN (7) DAY WEEK). IN OTHER WORDS "I" AM MADE TO CHOOSE BETWEEN ONE (1) HOUR OF "OUT OF CELL EXERCISE" "OR" ACCESS THE LAW LIBRARY, (BOTH RIGHTS GUARANTEED BY THE U. S. CONSTITUTION AND THE BILL OF RIGHTS THEREIN);

  5. I HAVE BEEN INCARCERATED WITHIN THE F.D.C. HONOLULU FOR THE PAST FIVE "PLUS" MONTHS WITH A SEVERELY FRACTURED JAWBONE, (SEE ATTAHED "EXHIBITS 1 & 2", CATSCAN FROM THE QUEENS MEDICAL CENTER, MARCH 29, 2006 AND THE ORAL-MAXIFACIAL SPECIALIST "DIAGNOSIS AND ORDERS" FOR "CORRECTIVE AND SURGICAL "REPAIR" OF MY SEVERELY FRACTURED JAWBONE);

  6. I AM IN GREAT PAIN BECAUSE OF MY FRACTURED JAWBONE AND I CANNOT SLEEP NOR EAT PROPERLY;

  7. I HAVE NOT RECIEVED "PROPER" MEDICAL CARE AND THE F.D.C. HONOLULU HAS BEEN "DELIBERATLY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS", I CONTINUE TO SUBMIT "REQUEST/SICK-CALL" FORMS TO THE MEDICAL UNIT ABOUT MY "PAIN AND SUFFERING" AND I AM TOLD, "....SOON YOU WILL HAVE THE SURGERY TO REPAIR YOUR FRACTURED JAWBONE....", (THE "MEDICAL UNIT AT THE F.D.C. HONOLULU HAS BEEN TELLING ME THIS FOR THE PAST "5 to 6 MONTHS";

  8. I HAVE BEEN "PLACED"/"TRANSFERED" TO THE "SHU" FROM MY HOUSING UNIT FOR MY "CONSISTENTLY" AND "STUBBORNLY" REQUESTING MEDICAL HELP FOR MY SERIOUS INJURY AND "PAIN MEDICATION" TO HELP ALLEVIATE THE GREAT "PAIN" I AM UNDER DUE TO MY SEVERELY FRACTURED JAWBONE;

  9. I HAVE BEEN DENIED "ACCESS TO MY ATTORNEYS" AND TOLD THAT, "....IF WE HAVE TIME WE'LL PHONE YOUR ATTORNEYS FOR YOU;

10. I HAVE BEEN "SEQUESTERED" INTO THE "SHU" SO AS I <u>CANNOT</u> CONTACT MY FAMILY <u>NOR</u> MY LEGAL COUNSEL, (I AM PERMITED ONE (1) TELEPHONE CALL A <u>MONTH</u> TO FAMILY IN THE "SHU");

11. THE F.D.C. HONOLULU HAS DONE WHATEVER POSSIBLE TO ME TO TRY/ATTEMPT TO "SHUT ME UP", "QUIET ME", "PLACATE ME", "HIDE ME IN THE "SHU", ANYTHING TO "BLOCK", "STOP", "HINDER", "REFUSE" ME FROM MY <u>RIGHTS</u> GARANTEED UNDER THE UNITED STATES CONSTITUTION AND THE BILL OF RIGHTS THEREIN;

13. IF "YOU", (THE COURT, JUDGE, MAGISTRATE, ETC.), HAD A SEVERELY FRACTURED JAWBONE, AND YOU WERE TOLD THAT, "....IT WOULD BE "FIXED" "SOON"...", AND, "....TAKE TWO (2) TYLENOL AND IT WILL BE "O.K.", WOULD "YOU" BE A "LITTLE" UPSET, ESPECIALLY IF YOU'VE BEEN "LIED" TOO, "THROWN IN THE "HOLE", ("SHU"), FOR WANTING "YOUR" PAINFULL SEVERELY FRACTURED JAWBONE "REPAIRED" ?;

14. I CONSIDER THE ABOVE-STATED "<u>FACTS</u>", (LINES 1 THROUGH 13), VIOLATIONS OF MY CIVIL RIGHTS AND THOSE GARANTEED BY THE UNITED STATES CONSTITUTION, AND THE BILL OF RIGHTS THEREIN, ALONG WITH VIOLATIONS OF, "ATTORNEY-CLIENT PRIVLEGE" , "DOCTOR/PATIENT PRIVLEGE", VIOLATIONS OF THE FEDERAL PRIVACY ACT ALONG WITH VIOLATIONS OF FEDERAL AND STATE CONFIDENTIALITY STATUTES;

15. EVERY TELEPHONE CALL I MAKE TO MY <u>ATTORNEY(S)</u> IS "MONITORED", EVERY "VISIT" I HAVE WITH MY ATTORNEY(S) <u>AND</u> PHYSICIANS/PSYCHOLOGISTS ARE "MONITORED", (THIS <u>FACT</u> ALONE VIOLATES ATTORNEY-CLIENT PRIVLEGE);

16. EVERY PIECE OF "LEGAL MAIL", (FROM ATTORNEY(S), THE COURTS, COURT CLERKS, JUDGES, PHYSICIANS, HOSPITALS), IS "OPENED" <u>AND</u> READ <u>AND</u> AT TIMES "PHOTOCOPIED" BY THE F.D.C. HONOLULU;

AFFIANT FURTHER SAYETH <u>NAUGHT</u>.

DATED: Honolulu, Hawaii, _June 22/2006_ .

_[signature]_  6-22-06

PAUL LANAKILA CAMPOS, AFFIANT

(3)

The Queen's Medical Center
Honolulu, Hawaii 96813

D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

**Patient Name: CAMPOS, PAUL L**           MFID: 08-89-87
Sex: M   DOB: 30-Apr-1954                  Patient Loc: OPER
  Home phone: (808) 541-3000

    GREGORY Y.C. LUNG, M.D.
    1580 MAKALOA STREET
    SUITE #725
    HONOLULU           HI   96814

------------------------------------------------------------------------
Exam: 2722791   Date: 22-Feb-2006  Requested by: LUNG, GREGORY Y.C., M.D.
CT MANDIBLE       23501252
Diagnosis:
 LT MANDIBULAR FX WITH NON-UNION/INFECTION

------------------------------------------------------------------------
Report dictated on 2/22/06.

CT SCAN OF THE MANDIBLE AND FACE:

TECHNIQUE:  A CT scan of the mandible and face was performed using
overlapping 1.3 mm cuts and review included multiplanar reformations,
which are necessary to appropriately and accurately evaluate the
facial bones and the mandibular heads with their relationship to the
articular fossas.

CLINICAL HISTORY:  Left mandibular fracture with non-union and
possible infection.

COMMENT:  I have no prior imaging studies for comparison.

FINDINGS:

There is a non-united fracture through the body of the left
hemimandible with sclerotic margins consistent with attempted healing.
There are also numerous metallic fragments seen along the lower margin
of this fractured mandible.  There is mild degree of localized soft
tissue swelling adjacent to the fracture site itself.  I see no
specific changes to suggest osteomyelitis but if further work-up is
deemed appropriate, MRI correlation recommended.

Both condylar heads reside normally in their articulating fossa.

The remainder of the facial bones are intact and paranasal sinuses
clear.  The mastoids are normal.

The Queen's Medical Center
Honolulu, Hawaii 96813

DIAGNOSTIC IMAGING CONSULTATION

**Patient Name: CAMPOS, PAUL L**          MFID: 08-89-87
Sex: M   DOB: 30-Apr-1954                  Patient Loc: OPER
  Home phone: (808) 541-3000

GREGORY Y.C. LUNG, M.D.
1580 MAKALOA STREET
SUITE #725
HONOLULU          HI   96814

---

Exam: 2722791   Date: 22-Feb-2006   Requested by: LUNG, GREGORY Y.C., M.D.
CT MANDIBLE         23501252

---

The multiplanar reformations also demonstrate the left body of the mandible fracture and the relationship of adjacent metallic fragments.

This study was performed with contrast and I see no definite evidence of adjacent abscess. There are several small scattered non-specific nodes throughout both sides of the neck but all appear to be probable reactive nodes.

IMPRESSION:

CT SCAN OF THE MANDIBLE AND FACE CONFIRMS AN OLD NON-UNITED FRACTURE OF THE MID BODY OF THE LEFT HEMIMANDIBLE WITH ADJACENT METALLIC GUNSHORT FRAGMENTS. I SEE NO EVIDENCE OF SIGNIFICANT SOFT TISSUE ABSCESS OR OSTEOMYELITIS BUT IF FURTHER WORK-UP IS DEEMED APPROPRIATE, MRI CORRELATION RECOMMENDED.

[802.20]

Thank you very much for this referral.

Dictated by: Stephen M. Holmes, M.D. /signed/

Transcribed on: 23-Feb-2006 7:57 AM by Linda Uehara
Last Edited on: 24-Feb-2006 8:31 AM by Beverly Toledo
  Finalized on: 24-Feb-2006 8:44 AM by Beverly Toledo

C O P Y

**THE QUEEN'S MEDICAL CENTER**
HONOLULU, HAWAII

**PATIENT PROGRESS NOTES**

**MD** START HERE

0005 088987
CAMPOS, PAUL L
051    M    4/30/1954
99902 MOANALUA HWY
AIEA HI, 96701
DENT    RECUR
DENTISTRY    100030844

| DATE-TIME | | OTHER CODE | OTHER PATIENT NOTES - START HERE |
|---|---|---|---|
| MAR 29 2006 1430 | | | OMFS note |

Pt is a 51 y/o ♂ s/p GSW c̄ [illegible] non-union of (L) body of mandible. Pt is experiencing pain c̄ jaw movement and eating.

Pt has mobility to (L) body c̄ manipulation

Dx: 51 y/o [illegible] c̄ [illegible] non-union of (L) body of mandible

Plan: ① Will speak to Anders about bone grafting of (L) body of mandible c̄ placement of a reconstructive bone plate utilizing bone from the left ant. superior iliac crest

② Risks and benefits of surgery discussed c̄ patient

③ Inform'd #3 (30) 5g 46h    L.K. Williamson MS

| 0140 | limited exam |

| 4/10/06 | Chart sent to ~~file binders~~ Med Rec. | [signature] |



**WASHINGTON OFFICE:**
115 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4906
FAX: (202) 225-4987

**HAWAI'I OFFICE:**
5104 PRINCE KUHIO FEDERAL BUILDING
HONOLULU, HI 96850-4974
(808) 541-1986
FAX: (808) 538-0233

**NEIGHBOR ISLAND TOLL FREE NUMBERS:**
BIG ISLAND         935-3756
KAUA'I / NI'IHAU   245-1951
MAUI               242-1818
LANA'I             565-7199
MOLOKA'I           552-0160

ed.case@mail.house.gov
www.house.gov/case

# CONGRESSMAN ED CASE
### 2ND DISTRICT, HAWAI'I
ISLANDS OF HAWAI'I, MAUI, KAHO'OLAWE, LANA'I,
MOLOKA'I, O'AHU (WINDWARD, NORTH SHORE,
CENTRAL, LEEWARD), KAUA'I AND NI'IHAU,
AND NORTHWESTERN HAWAIIAN ISLANDS

**COMMITTEES:**

BUDGET

AGRICULTURE
LIVESTOCK AND HORTICULTURE
(RANKING MEMBER)

CONSERVATION, CREDIT,
RURAL DEVELOPMENT AND RESEARCH

SMALL BUSINESS
TAX, FINANCE AND EXPORTS

REGULATORY REFORM
AND OVERSIGHT

RURAL ENTERPRISES, AGRICULTURE
AND TECHNOLOGY

May 1, 2006

Mr. John Rathman
Warden
U.S. Department of Justice
Federal Detention Center
P.O. Box 30547
Honolulu, Hawaii 96820-0547

CC

Dear Mr. Rathman:

RE:   Mr. Paul Campos (92567-022)
      C/O Federal Detention Center
      PO Box 30080, Honolulu, HI 96820
      <u>Request for adequate medical attention</u>

Enclosed is a copy of a letter I received from Mr. Paul Campos, who is an inmate at the Federal Detention Center. He is seeking proper medical attention to treat his fractured jawbone.

Please review Mr. Campos' concerns and ensure that he receives proper medical care. Your assistance in this matter is greatly appreciated.

With aloha,

*Ed Case*

ED CASE
United States Congressman
Hawaii, Second District

Enclosure



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

---

*Office of the Warden*

P. O. Box 30547
Honolulu, Hawaii  96820

May 18, 2006

The Honorable Ed Case
United States Congress
5104 Prince Kuhio Federal Building
Honolulu, Hawaii  96850

RE:   CAMPOS, Paul
      Reg. No. 92567-022

Dear Congressman Case:

Thank you for your letter dated May 1, 2006, regarding your constituent, Paul Campos, who is currently incarcerated at the Federal Detention Center (FDC), Honolulu, Hawaii. Mr. Campos alleges he is not receiving adequate medical care for his fractured jawbone.

A thorough investigation of Mr. Campos's medical records reveals that he arrived at FDC Honolulu on October 5, 2005, from the Maui Community Correctional Center with a history of gunshot wound to his left jaw, with an external fixation device holding the fracture in place. On November 16, 2005, Mr. Campos was sent to a local community hospital[1] for removal of the external fixator. On February 22, 2006, x-rays revealed that the fracture of his left mandibular had not completely healed.

Mr. Campos is scheduled for corrective surgery in July 2006, which was the earliest date that could be arranged for surgery. In the interim, an outside Maxillofacial Specialist has seen Mr. Campos several times. In addition, our Chief Dental Officer is periodically monitoring Mr. Campos and providing him with appropriate pain management.

Please be assured that Mr. Campos is receiving quality, essential medical care. If an appointment for surgery becomes available before July of this year, we will certainly make every effort to get him scheduled sooner.

I trust this information is useful and responsive to your inquiry, and will assist you in responding to your constituent.

Sincerely,

John T. Rathman
Warden

---

[1] Because Mr Campos is not a Federal Bureau of Prisons inmate but rather a U.S. Marshals Service (USMS) inmate, any medical procedure beyond a routine examination must be approved and coordinated through the USMS.



U. S. Department of Justice

United States Attorney
Central District of California

MARY CARTER ANDRUES
Chief, Public Corruption &
  Civil Rights Section

United States Courthouse
312 North Spring Street
Los Angeles, California 90012

April 24, 2006

Paul Lanakila Campos
92567-022
F.D.C. Honolulu
P.O. Box 30080
Honolulu, Hawaii  96820

Dear Mr. Campos:

      This is in reference to your correspondence to this office in which you request the name and address of the Civil Rights Division that handles the enforcement of CRIPA.  Our office does not represent individuals in civil litigation.  We prosecute violations of the federal criminal civil rights laws.  However, if you feel that your civil rights have been violated, please provide detailed information regarding these violations to our Office for our consideration.

      Additionally, you may want to contact the National Council of Disability in Washington, D.C.  Their address is:

> National Council on Disability
> 1331 F Street, NW
> Suite 850
> Washington, D.C.  20004

Very truly yours,

DEBRA WONG YANG
United States Attorney

MARY CARTER ANDRUES
Chief, Public Corruption &
  Civil Rights Section