

June 23, 2006

CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
PRINCE KUHIO FEDERAL BUILDING
HONOLULU, HAWAII 96850

RE: UNITED STATES v. PAUL LANAKILA CAMPOS - "MEDICAL STATUS UPDATE, ET AL."
    CR. NO. 05-00136 HG

Dear Clerk:

COULD YOU/YOUR OFFICE PLEASE FILE THE ATTACHED AFFIDAVIT AND ATTACHED "EXHIBITS" "A" THROUGH "E" WITH RESPECT TO THE ABOVE-CITED CASE, (CR. NO. 05-00136 HG).

PLEASE PLACE A "FILED" COPY IN JUDGE HELEN GILMOR'S "COURT JACKET" ALONG WITH THE "PRESIDING" MAGISTRATE JUDGE FOR THIS MONTH, ( I BELIEVE IT IS MAGISTRATE CURREN).

ALSO, FORWARD A FILE-STAMPED COPY BACK TO ME IN THE ENCLOSED STAMPED ENVELOPE. IF YOU COULD PLEASE PLACE A "FILED" COPY IN THE COURT JACKET OF, MATTHEW C. WINTER, ESQ, ASSISTANT FEDERAL DEFENDER, OFFICE OF THE FEDERAL PUBLIC DEFENDER DISTRICT OF HAWAII, SUITE 7-104.

I THANK YOU FOR YOUR ANTICIPATED HELP AND LOOK FORWARD TO RECIEPT OF MY "FILE-STAMPED" COPY.

Sincerely yours,

PAUL LANAKILA CAMPOS
92567-022
F.D.C. HONOLULU
POST OFFICE BOX 30080
HONOLULU, HAWAII 96820

RECEIVED
CLERK, U.S DISTRICT COURT
JUN 27 2006
DISTRICT OF HAWAII