

PAUL LANAKILA CAMPOS
POST OFFICE BOX 30080
HONOLULU, H.I. 96820

PRIVILEGED LEGAL MAIL
CONFIDENTIAL

CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
PRINCE KUHIO FEDERAL BUILDING
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

PRIVILEGED LEGAL MAIL
CONFIDENTIAL