# FEDERAL PUBLIC DEFENDER
### District of Hawaii

Matthew C. Winter
Assistant Federal Defender

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ♦ Facsimile (808) 541-3545 ♦ Toll free (877) 541-2521

September 15, 2006

The Honorable Helen Gillmor
Chief United States District Judge
United States District Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: **United States v. Paul Lanakila Campos**
**Cr. No. 05-00136 HG**

Dear Judge Gillmor:

For your information and careful review, enclosed are copies of letters from Mr. Campos dated September 6, 2006, and September 11, 2006. These letters were previously sent to you by Mr. Campos, and we are submitting them for his sentencing. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

MATTHEW C. WINTER
Assistant Federal Defender
District of Hawaii

MCW:lko
Enclosures

cc: Leslie E. Osborne, Jr.
    Assistant United States Attorney (w/Enclosures)
    Ellie N. Asasaki
    Senior United States Probation Officer (w/Enclosures)