HG/psl/FI

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP - 8 2006
4:30
DISTRICT OF HAWAII

September 6, 2006

HONORABLE CHIEF FEDERAL
 DISTRICT COURT JUDGE
HELEN GILLMOR, ESQ.

FOR THE DISTRICT OF HAWAII
PRINCE KUHIO FEDERAL BUILDING            CR 05-00136 HG-1
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96820

RE: SENTENCING, SCHEDULED FOR SEPTEMBER 21 2006.

Dear Honorable Judge Gillmor:

This letter is first and foremost writen to you, my sentencing "judge",
to inform you and the Court of "what" exactly has transpired throughout
my incarceration, to date, at the Federal Detention Center on Oahu here.
As pronounced truthfully by the "Exhibits/Affidavit/and "Reports" that I
have attached for you and the Court's information and reference with regard
to my "pre-trial" incarceration at the F.D.C. Honolulu.

I forward the "attached" material to "expose" to the Court "what" exactly
"goes on" within the F.D.C. Honolulu, among other things, on an "ongoing
basis". As stated in my filed Affidavit attached, egregious violations of
not only Rights guaranteed by the U. S. Constitution and the Bill of Rights
therein, but violations of Federal and State Privacy and Confidentiality
statutes, (which also may include violation(s) "other" Federal/State Law).

One need look no further for a "primary example" of this than enclosed
"medical record(s)" from the F.D.C. Honolulu Medical Unit "Clinical Record/
Dental Treatment Record", (Attached Exhibit "G"), which states....."7/26/06
Admin note I'm overdosed himself with pain medication....."(emphasis added).

Now, from Exhibit "G", above cited, go to the "Real Deal", I like to call it,
Exhibit(s) "H", "I" & "J", (SEE ATTACHED), from the Queens Medical Center's
"I.C.U." units physician(s) "Authenticated Reports" of DR. REID K. IKEDA, M.D.,
AND NARES SMITASIN "RESIDENT" PHYSICIAN , (AUTHENTICATED BY "BOTH" DR.S IKEDA
& SMITASIN, "resident who was "overseen" by Dr. Ikeda, M.D./Internal Medicine).
Under the "History Of Present Illness" section of Dr. Ikeda's "report" AND
the "Brief History" of Resident Smitasin's Report,".....The patient had problems
with "postoperative" pain and had been on a morphine PCA drip which, this afternoon,
had blouses every 10 minutes. The patient was noted by HIS NURSE TO BE UN-
RESPONSIVE AND WHEN A PULS OXIMETER WAS USED, HIS OXYGEN SATURATION LEVEL WAS
IN THE LOW 80% RANGE. A "CODE BLUE" WAS ACTIVATED AND UPON MY ARRIVAL THE PATIENT,
("ME"), WAS UNRESPONSIVE AND RECIEVING BAG MASK VENTILATION....."(emphasis
added).

I DON'T KNOW ABOUT YOU, YOUR HONOR, BUT IT IS KIND OF "HARD" FOR "ME", ("PATIENT"),
TO "OVERDOSE" MYSELF AS THE F.D.C. HONOLULU MEDICAL UNIT ALLEDGES, WHILE BEING
IN "POST-OP" INTENSIVE CARE, AND JUST COMING OUT OF A "SIX (6)" HOUR MAJOR
SURGERY, AND UNDER "SEDATION".....IT SORT OF SOUNDS LIKE, "LETS COVER OUR "ASS"
TIME. BUT LUCKILY FOR "ME" THE QUEENS HOSPITAL MEDICAL STAFF DOES NOT BLATENTLY
"LIE" AND "FASIFY", (IN THIS CASE GOVT. RECORDS), TO TRY TO "COVER-UP" A "WRONG"

Page Two

HONORABLE CHIEF FEDERAL DISTRICT COURT JUDGE
HELEN GILLMOR.


I WANT YOUR HONOR TO KNOW, AND THE COURT, THAT THE "ANETHESIST", A "DR. S",
(I CAN FORWARD TO YOU HIS REPORT ALSO, IF YOU/THE COURT WISH),
CAME UP TO MY "ROOM" AFTER I HAD FINALLY "COME-TO" FROM MY "RESPIRATORY
ARREST" IN I.C.U. AND "EXPRESSED" AN "APOLOGY" FOR WHAT HAD TRANSPIRED
IN POST-OP", WHICH ULTIMATELY LED TO MY "REPIRATORY ARREST".

I know this is unconscienable, that this type of "BLATANT" behavior, can
occur in this "setting", but lets NOT REST HERE.

Take the "Affidavit" (SEE ATTACHED "AFFIDAVIT OF PAUL LANAKILA CAMPOS"),
which states that "MYSELF & OTHERS", HAVE WITNESSED "INMATE(S)" GO INTO MY
"CELL" AND GO THROUGH, AND IN SOME CASES, "READ", "STEAL" THE UNITED STATES
MAIL, (WHICH INCLUDES, BUT IS NOT LIMITED TOO, LETTER FROM "FAMILY/MY OHANA",
MOTHER, DAUGHTER(S), FIANCE', ETC.; LEGAL CORRESPONDENCE, TO AND FROM
ATTORNEY(S), THE COURTS OF THE UNITED STATES, COURT "CLERKS", UNITED STATES
CONGRESSMAN AND STATE OF HAWAII SENATOR(S), ETC., (NOT TO MENTION THE FACT
THAT "SOME" OF THIS "LEGAL MAIL" WHICH IS SUPPOSEDLY COVERED BY "ATTORNEY-CLIENT
PRIVLEGE", AND THE "MEDICAL RECORDS" COVERED BY FEDERAL CONFIDENTIALITY AND
STATE OF HAWAII "H.I.P.A.A." STATUTES, LET ALONE MY "P.S.I." REPORT FROM
THE FEDERAL PRBBATION OFFICE FILED "UNDER SEAL" AND FORWARDED TO ME BY MY
ATTORNEY MATT WINTER, ESQ. OF THE FEDERAL PUBLIC DEFENDERS OFFICE HERE,
AND MY "PLEA AGREEMENT" FROM THE GOVERNMENT WHICH I ENTERED INTO, ("READ BY
"OTHER INMATES" AS STATED IN THE "AFFIDAVIT"), BOTH "PRIOR TOO AND AFTER MY
"ACCEPTANCE OF THE "PLEA AGREEMENT".......I MEAN COME ON NOW,

WHAT EXACTLY IS GOING ON HERE???????


Supposedly after I had filed my "Affidavit" with the Court and had it
forwarded to Magistrate Barry M. Kurren, who was the presideing Magistrate
for the "month" in which I had filed "it", a "Hearing" was to be scheduled
to "go over" the factual allegations within the "Affidavit" AND the accompanying
"Exhibits".....since the filing I HAVE GONE TO THE "SURGICAL PROCEDURE" TO
REPAIR MY FRACTURED JAWBONE, WHICH I HAD TO ENDURE ALMOST SEVEN TO EIGHT
MONTHS OF "PAIN" WITH MY NOT BEING ABLE TO "EAT NOR SLEEP" PROPERLY, (IF THAT
IS NOT "CRUEL AND UNUSUAL PUNISHMENT", CAN I ASK THE COURT, "WHAT IS?").

FURTHER,THE SURGERY TO RECTIFY AND "FIX" MY FRACTURED JAWBONE, (SEE ATTACHED
"EXHIBITS"), WOULD NOT HAVE TAKEN PLACE IF IT WERE NOT FOR THE PERSONAL
"INTEREST AND CARE" OF U.S. CONGRESSMAN, ED CASE, (SEE ATTACHED "EXHIBITS").

IN CLOSING YOUR HONOR, WHATEVER "YOU", THE COURT DECIDES AS "MY SENTENCE" FOR
THE CRIME I HAD COMMITED, OF WHICH I AM TRULY SORRY YOUR HONOR, I HOPE THAT
THE COURT WILL TAKE INTO CONSIDERATION "ALL" OF THE "PAIN AND SUFFERING", AND
"PHYSICAL AND MENTAL" TORMENT I HAVE ENDURED TO SIMPLY REACH "THIS POINT".
I AM A "SIMPLE" MAN, YOUR HONOR, I COME FROM A VERY "OLD" KAMAINA FAMILY FROM
THE WINDWARD SIDE OF THE ISLAND HERE, (KAILUA), I HAVE GONE THROUGH A "LOT"
IN MY LIFETIME, AND I HAVE A VERY SUPPORTIVE FAMILY, I MAKE NO EXCUSES FOR
MY ERRANT BEHAVIOR, I AM RESPONSIBLE, AND I WILL DO WHATEVER THE COURT ASKS OF ME.

I THANK YOU, MAHALO FOR YOUR PRECIOUS TIME YOUR HONOR, SINCERELY YOURS,

PAUL LANAKILA CAMPOS

Note: "Exhibit(s)
Confidential
Legal / Medical
Document(s)
Released to

Judge Helen
Grillmor
Sept. 6-06

9-6-06
Paul Latila
Campos
92567-022

SCANNED

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### 300 ALA MOANA BOULEVARD
### HONOLULU, HAWAII 96850-0229

BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

TEL (808) 541-1306
FAX (808) 541-3500

June 28, 2006

Matthew C. Winter, Esq.
Office of the Federal Public Defenders
PJKK Federal Building
300 Ala Moana Blvd., Rm 7-104
Honolulu, Hawaii 96813

      RE:   USA v. Paul Lanakila Campos
            Cr. No. 05-00136 HG

Dear Mr. Winter:

      Enclosed is a copy of an affidavit received by the court from your client Paul Lanakila Campos filed on June 27, 2006.  Please consult with your client on this matter.

               Sincerely,

               Barry M. Kurren

BMK:tyk

Enclosure

cc: Mr. Paul Campos

**RECEIVED**

JUN 2 9 2006

ORIGINAL

PAUL LANAKILA CAMPOS
92567-022
F.D.C. HONOLULU
POST OFFICE BOX 30080
HONOLULU, HAWAII 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2006

at __ o'clock and ____ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

In Re:                              )
                                    )         CR 05-136 HG
AFFIDAVIT OF PAUL LANAKILA CAMPOS   )
REG. NO. 92567-022                  )
                                    )     AFFIDAVIT OF PAUL LANAKILA CAMPOS
                                    )
_____)

AFFIDAVIT OF PAUL LANAKILA CAMPOS

        COMES NOW Affiant, PAUL LANAKILA CAMPOS, and swears and/or

affirms under penalty of perjury under the laws of the United States,

( 28 U.S.C. §1746 AND 18 U.S.C. §1621 ), that:

        1. I am a "Pre-Trial" Federal Detainee currently housed

and/or incarcerated at the F.D.C. Honolulu.

        2. While housed/incarcerated at the F.D.C. Honolulu I am/was

"housed" on Floor 4B in Cell 218 of the F.D.C. Honolulu, Bureau Of

Prisons ("BOP"), Department Of Justice ("DOJ").

        3. I HAVE PERSONALLY WITNESSED "OTHER INMATES" ON FLOOR

4B, OF THE F.D.C. HONOLULU, "DOJ", "BOP", GO THROUGH, READ, AND EVEN

"STEAL" MY UNITED STATES MAIL THAT WAS IN MY "LOCKER" IN CELL 218

OF 4B F.D.C. HONOLULU, "DOJ", "BOP", FOR THE "STAFF", ("C.O."S, ETC.);

        4. WHILE "HOUSED" IN THE "SHU" (SPECIAL HOLDING UNIT),

AT THE F.D.C. HONOLULU, "DOJ", "BOP", I WAS TOLD, "YOU CAN EITHER

§ ▼◉॥⊕▼§

GO TO THE LAW LIBRARY "OR" GO TO RECREATION FOR ONE (1) HOUR, (IN THE "SHU"

AN INMATE IS INCARCERATED WITHIN HIS/HER PARTICULAR CELL FOR 24 HOURS A DAY

AND ALLOWED AN HOUR (1) OF "EXERCISE" FIVE (5) OUT OF THE SEVEN (7) DAY WEEK).

IN OTHER WORDS "I" AM MADE TO CHOOSE BETWEEN ONE (1) HOUR OF "OUT OF CELL

EXERCISE" "OR" ACCESS THE LAW LIBRARY, (BOTH RIGHTS GUARANTEED BY THE U. S.

CONSTITUTION AND THE BILL OF RIGHTS THEREIN);

  5. I HAVE BEEN INCARCERATED WITHIN THE F.D.C. HONOLULU FOR THE

PAST FIVE "PLUS" MONTHS WITH A SEVERELY FRACTURED JAWBONE, (SEE ATTAHED "EXHIBITS

1 & 2", CATSCAN FROM THE QUEENS MEDICAL CENTER, MARCH 29, 2006 AND THE ORAL-

MAXIFACIAL SPECIALIST "DIAGNOSIS AND ORDERS" FOR "CORRECTIVE AND SURGICAL

"REPAIR" OF MY SEVERELY FRACTURED JAWBONE);

  6. I AM IN GREAT PAIN BECAUSE OF MY FRACTURED JAWBONE AND I CANNOT

SLEEP NOR EAT PROPERLY;

  7. I HAVE NOT RECIEVED "PROPER" MEDICAL CARE AND THE F.D.C. HONOLULU

HAS BEEN "DELIBERATLY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS", I CONTINUE

TO SUBMIT "REQUEST/SICK-CALL" FORMS TO THE MEDICAL UNIT ABOUT MY "PAIN AND

SUFFERING" AND I AM TOLD, "....SOON YOU WILL HAVE THE SURGERY TO REPAIR YOUR

FRACTURED JAWBONE....", (THE "MEDICAL UNIT AT THE F.D.C. HONOLULU HAS BEEN

TELLING ME THIS FOR THE PAST "5 to 6 MONTHS";

  8. I HAVE BEEN "PLACED"/"TRANSFERED" TO THE "SHU" FROM MY HOUSING

UNIT FOR MY "CONSISTENTLY" AND "STUBBORNLY" REQUESTING MEDICAL HELP FOR MY

SERIOUS INJURY AND "PAIN MEDICATION" TO HELP ALLEVIATE THE GREAT "PAIN" I

AM UNDER DUE TO MY SEVERELY FRACTURED JAWBONE;

  9. I HAVE BEEN DENIED "ACCESS TO MY ATTORNEYS" AND TOLD THAT,

"....IF WE HAVE TIME WE'LL PHONE YOUR ATTORNEYS FOR YOU;

10. I HAVE BEEN "SEQUESTERED" INTO THE "SHU" SO AS I CANNOT

CONTACT MY FAMILY NOR MY LEGAL COUNSEL, (I AM PERMITED ONE (1) TELEPHONE CALL

A MONTH TO FAMILY IN THE "SHU");

11. THE F.D.C. HONOLULU HAS DONE WHATEVER POSSIBLE TO ME TO TRY/

ATTEMPT TO "SHUT ME UP", "QUIET ME", "PLACATE ME", "HIDE ME IN THE "SHU",

ANYTHING TO "BLOCK", "STOP", "HINDER", "REFUSE" ME FROM MY RIGHTS GARANTEED

UNDER THE UNITED STATES CONSTITUTION AND THE BILL OF RIGHTS THEREIN;

13. IF "YOU", (THE COURT, JUDGE, MAGISTRATE, ETC.), HAD A SEVERELY

FRACTURED JAWBONE, AND YOU WERE TOLD THAT, "....IT WOULD BE "FIXED" "SOON"...",

AND, "....TAKE TWO (2) TYLENOL AND IT WILL BE "O.K.", WOULD "YOU" BE A "LITTLE"

UPSET, ESPECIALLY IF YOU'VE BEEN "LIED" TOO, "THROWN IN THE "HOLE", ("SHU"),

FOR WANTING "YOUR" PAINFULL SEVERELY FRACTURED JAWBONE "REPAIRED" ?;

14. I CONSIDER THE ABOVE-STATED "FACTS", (LINES 1 THROUGH 13),

VIOLATIONS OF MY CIVIL RIGHTS AND THOSE GARANTEED BY THE UNITED STATES CONSTITUTION,

AND THE BILL OF RIGHTS THEREIN, ALONG WITH VIOLATIONS OF, "ATTORNEY-CLIENT

PRIVLEGE" , "DOCTOR/PATIENT PRIVLEGE", VIOLATIONS OF THE FEDERAL PRIVACY ACT

ALONG WITH VIOLATIONS OF FEDERAL AND STATE CONFIDENTIALITY STATUTES;

15. EVERY TELEPHONE CALL I MAKE TO MY ATTORNEY(S) IS "MONITORED",

EVERY "VISIT" I HAVE WITH MY ATTORNEY(S) AND PHYSICIANS/PSYCHOLOGISTS ARE

"MONITORED", (THIS FACT ALONE VIOLATES ATTORNEY-CLIENT PRIVLEGE);

16. EVERY PIECE OF "LEGAL MAIL", (FROM ATTORNEY(S), THE COURTS,

COURT CLERKS, JUDGES, PHYSICIANS, HOSPITALS), IS "OPENED" AND READ AND AT

TIMES "PHOTOCOPIED" BY THE F.D.C. HONOLULU;

AFFIANT FURTHER SAYETH NAUGHT.

DATED: Honolulu, Hawaii,　　　Sube 27/006 .

6-27-00

(3)          PAUL LANAKILA CAMPOS, AFFIANT

The Queen's Medical Center
Honolulu, Hawaii 96813

# DIAGNOSTIC IMAGING CONSULTATION

**Patient Name:** CAMPOS, PAUL L
Sex: M     DOB: 30-Apr-1954
   Home phone: (808) 541-3000

MFID: 08-89-87
   Patient Loc: OPER

GREGORY Y.C. LUNG, M.D.
1580 MAKALOA STREET
SUITE #725
HONOLULU          HI   96814

------------------------------------------------------------

Exam: 2722791     Date: 22-Feb-2006  Requested by: LUNG, GREGORY Y.C., M.D.
CT MANDIBLE            23501252
Diagnosis:
LT MANDIBULAR FX WITH NON-UNION/INFECTION

------------------------------------------------------------

Report dictated on 2/22/06.

CT SCAN OF THE MANDIBLE AND FACE:

TECHNIQUE:  A CT scan of the mandible and face was performed using
overlapping 1.3 mm cuts and review included multiplanar reformations,
which are necessary to appropriately and accurately evaluate the
facial bones and the mandibular heads with their relationship to the
articular fossas.

CLINICAL HISTORY:  Left mandibular fracture with non-union and
possible infection.

COMMENT:  I have no prior imaging studies for comparison.

FINDINGS:

There is a non-united fracture through the body of the left
hemimandible with sclerotic margins consistent with attempted healing.
There are also numerous metallic fragments seen along the lower margin
of this fractured mandible.  There is mild degree of localized soft
tissue swelling adjacent to the fracture site itself.  I see no
specific changes to suggest osteomyelitis but if further work-up is
deemed appropriate, MRI correlation recommended.

Both condylar heads reside normally in their articulating fossa.

The remainder of the facial bones are intact and paranasal sinuses
clear.  The mastoids are normal.

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C   I M A G I N G   C O N S U L T A T I O N

**Patient Name: CAMPOS, PAUL L**
Sex: M   DOB: 30-Apr-1954
Home phone: (808) 541-3000

MFID: 08-89-87
Patient Loc: OPER

GREGORY Y.C. LUNG, M.D.
1580 MAKALOA STREET
SUITE #725
HONOLULU            HI  96814

------------------------------------------------------------------

Exam: 2722791   Date: 22-Feb-2006 Requested by: LUNG, GREGORY Y.C., M.D.
CT MANDIBLE        23501252

------------------------------------------------------------------

The multiplanar reformations also demonstrate the left body of the
mandible fracture and the relationship of adjacent metallic fragments.

This study was performed with contrast and I see no definite evidence
of adjacent abscess. There are several small scattered non-specific
nodes throughout both sides of the neck but all appear to be probable
reactive nodes.

IMPRESSION:

CT SCAN OF THE MANDIBLE AND FACE CONFIRMS AN OLD NON-UNITED FRACTURE
OF THE MID BODY OF THE LEFT HEMIMANDIBLE WITH ADJACENT METALLIC
GUNSHORT FRAGMENTS.  I SEE NO EVIDENCE OF SIGNIFICANT SOFT TISSUE
ABSCESS OR OSTEOMYELITIS BUT IF FURTHER WORK-UP IS DEEMED APPROPRIATE,
MRI CORRELATION RECOMMENDED.

[802.20]

Thank you very much for this referral.

Dictated by: Stephen M. Holmes, M.D. /signed/

Transcribed on: 23-Feb-2006 7:57 AMby Linda Uehara
Last Edited on: 24-Feb-2006 8:31 AMby Beverly Toledo
 Finalized on: 24-Feb-2006 8:44 AMby Beverly Toledo

C   O   P   Y

THE QUEEN'S MEDICAL CENTER
HONOLULU, HAWAII

**PATIENT PROGRESS NOTES**

MD
START HERE

Filed 06/27/2006    Page 6 of 9

088987

CAMPOS, PAUL L
051        M    4/30/1954
99902  MOANALUA HWY
AIEA  HI  96701
DENT       RECUR
DENTISTRY     100030844

| DATE-TIME | OTHER CODE | OTHER PATIENT NOTES - START HERE |
|---|---|---|

MAR 2 8 2006

1430  OMFS note

Pt is a 51 y/o 0° S/P GSW c̄ fibrous
non-union of (L) body of mandible
Pt is experiencing pain c̄ jaw movement and
eating.

Pt has mobility to (L) body c̄ manipulation
Dx: 51 y/o ♂ c̄ fibrous/non-union of
(L) body of mandible

Plan: ① Pt will return to O.R. during which bone
graphing of (L) body of mandible
c̄ placement of a reconstructive
bone plate utilizing bone from the
left ant. superior iliac crest

② Risks and benefits of surgery discussed
c̄ patient

③ Tylenol #3 (30) #9 refill _____ MD

0140 —  limited exam

4/10/06    Chart sent to Med Rec. file binders



**WASHINGTON OFFICE:**
115 Cannon House Office Building
Washington, DC 20515
(202) 225–4906
Fax: (202) 225–4987

**HAWAII OFFICE:**
5104 Prince Kuhio Federal Building
Honolulu, HI 96850–4974
(808) 541–1986
Fax: (808) 538–0233

**NEIGHBOR ISLAND TOLL FREE NUMBERS:**
| | |
|---|---|
| Big Island | 935–3756 |
| Kaua'i / Ni'ihau | 245–1951 |
| Maui | 242–1818 |
| Lana'i | 565–7199 |
| Moloka'i | 552–0160 |

ed.case@mail.house.gov
www.house.gov/case

**COMMITTEES:**

**BUDGET**

**AGRICULTURE**
Livestock and Horticulture
(Ranking Member)

Conservation, Credit,
Rural Development and Research

**SMALL BUSINESS**
Tax, Finance and Exports

Regulatory Reform
and Oversight

Rural Enterprises, Agriculture
and Technology

# CONGRESSMAN ED CASE
**2ND DISTRICT, HAWAI'I**
Islands of Hawai'i, Maui, Kaho'olawe, Lana'i,
Moloka'i, O'ahu (Windward, North Shore,
Central, Leeward), Kaua'i and Ni'ihau,
and Northwestern Hawaiian Islands

May 1, 2006

Mr. John Rathman
Warden
U.S. Department of Justice
Federal Detention Center
P.O. Box 30547
Honolulu, Hawaii  96820-0547

Dear Mr. Rathman:

RE:     Mr. Paul Campos (92567-022)
        C/O Federal Detention Center
        PO Box 30080, Honolulu, HI 96820
        <u>Request for adequate medical attention</u>

Enclosed is a copy of a letter I received from Mr. Paul Campos, who is an inmate at the Federal Detention Center.  He is seeking proper medical attention to treat his fractured jawbone.

Please review Mr. Campos' concerns and ensure that he receives proper medical care.  Your assistance in this matter is greatly appreciated.

With aloha,

ED CASE
United States Congressman
Hawaii, Second District

Enclosure



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

---

*Office of the Warden*

P. O. Box 30547
Honolulu, Hawaii 96820

May 18, 2006

The Honorable Ed Case
United States Congress
5104 Prince Kuhio Federal Building
Honolulu, Hawaii 96850

RE:     CAMPOS, Paul
        Reg. No. 92567-022

Dear Congressman Case:

Thank you for your letter dated May 1, 2006, regarding your constituent, Paul Campos, who is currently incarcerated at the Federal Detention Center (FDC), Honolulu, Hawaii. Mr. Campos alleges he is not receiving adequate medical care for his fractured jawbone.

A thorough investigation of Mr. Campos's medical records reveals that he arrived at FDC Honolulu on October 5, 2005, from the Maui Community Correctional Center with a history of gunshot wound to his left jaw, with an external fixation device holding the fracture in place. On November 16, 2005, Mr. Campos was sent to a local community hospital[1] for removal of the external fixator. On February 22, 2006, x-rays revealed that the fracture of his left mandibular had not completely healed.

Mr. Campos is scheduled for corrective surgery in July 2006, which was the earliest date that could be arranged for surgery. In the interim, an outside Maxillofacial Specialist has seen Mr. Campos several times. In addition, our Chief Dental Officer is periodically monitoring Mr. Campos and providing him with appropriate pain management.

Please be assured that Mr. Campos is receiving quality, essential medical care. If an appointment for surgery becomes available before July of this year, we will certainly make every effort to get him scheduled sooner.

I trust this information is useful and responsive to your inquiry, and will assist you in responding to your constituent.

Sincerely,

John T. Rathman
Warden

---

[1] Because Mr Campos is not a Federal Bureau of Prisons inmate but rather a U.S. Marshals Service (USMS) inmate, any medical procedure beyond a routine examination must be approved and coordinated through the USMS.

RECEIVED
HONOLULU OFFICE
06 MAY 30   AM 6:



**U. S. Department of Justice**

**United States Attorney**
**Central District of California**

*MARY CARTER ANDRUES*
*Chief, Public Corruption &*
*Civil Rights Section*

*United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

April 24, 2006

Paul Lanakila Campos
92567-022
F.D.C. Honolulu
P.O. Box 30080
Honolulu, Hawaii  96820

Dear Mr. Campos:

This is in reference to your correspondence to this office in which you request the name and address of the Civil Rights Division that handles the enforcement of CRIPA. Our office does not represent individuals in civil litigation. We prosecute violations of the federal criminal civil rights laws. However, if you feel that your civil rights have been violated, please provide detailed information regarding these violations to our Office for our consideration.

Additionally, you may want to contact the National Council of Disability in Washington, D.C. Their address is:

National Council on Disability
1331 F Street, NW
Suite 850
Washington, D.C.  20004

Very truly yours,

DEBRA WONG YANG
United States Attorney

MARY CARTER ANDRUES
Chief, Public Corruption &
  Civil Rights Section



# FEDERAL PUBLIC DEFENDER
### District of Hawaii

Matthew C. Winter                                        300 Ala Moana Boulevard, Suite 7-104
Assistant Federal Defender                                    Honolulu, Hawaii 96850-5269

(808) 541-2521 ◆ Facsimile (808) 541-3545 ◆ Toll free (877) 541-2521

July 6, 2006

Mr. Paul Lanakila Campos
#92567-022
FDC Honolulu
P. O. Box 30080
Honolulu, Hawaii  96820

Re:    **United States v. Paul Lanakila Campos**
       **Cr. No. 05-00136 HG**

Dear Mr. Campos:

Your sentencing has been continued from July 27, 2006, to September 21, 2006, at

3:45 p.m., before Judge Helen Gillmor.  If you have any questions or concerns, please do not hesitate

to contact Mr. Winter.

Very truly yours,

LYNELLE K. OSHITA
Legal Secretary to
MATTHEW C. WINTER
Assistant Federal Defender
District of Hawaii

/lko

Exhibit "E"

**WASHINGTON OFFICE:**
115 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4906
FAX: (202) 225-4987

**HAWAI'I OFFICE:**
5104 PRINCE KUHIO FEDERAL BUILDING
HONOLULU, HI 96850-4974
(808) 541-1986
FAX: (808) 538-0233

**NEIGHBOR ISLAND TOLL FREE NUMBERS:**
BIG ISLAND            935-3756
KAUA'I / NI'IHAU      245-1951
MAUI                  242-1818
LANA'I                565-7199
MOLOKA'I              552-0160

ed.case@mail.house.gov
www.house.gov/case

# CONGRESSMAN ED CASE
## 2ND DISTRICT, HAWAI'I
ISLANDS OF HAWAI'I, MAUI, KAHO'OLAWE, LANA'I,
MOLOKA'I, O'AHU (WINDWARD, NORTH SHORE,
CENTRAL, LEEWARD), KAUA'I AND NI'IHAU,
AND NORTHWESTERN HAWAIIAN ISLANDS

**COMMITTEES:**

**BUDGET**

**AGRICULTURE**
LIVESTOCK AND HORTICULTURE
(RANKING MEMBER)
CONSERVATION, CREDIT,
RURAL DEVELOPMENT AND RESEARCH

**SMALL BUSINESS**
TAX, FINANCE AND EXPORTS

REGULATORY REFORM
AND OVERSIGHT

RURAL ENTERPRISES, AGRICULTURE
AND TECHNOLOGY

August 22, 2006

Mr. John Rathman
Warden
Federal Detention Center
U.S. Department of Justice
P.O. Box 30547
Honolulu, Hawaii  96820-0547

Dear Mr. Rathman:

RE:    Mr. Paul Campos (92567-022)
       C/O Federal Detention Center
       P.O. Box 30080, Honolulu, HI 96820
       <u>Request for appointment with Dr. Giron</u>

Enclosed is a copy of a letter I received from Mr. Paul Campos, who is seeking an appointment with Dr. Groin for post-operation care.

Please contact Mr. Campos directly to inform him when he will have an appointment with Dr. Groin.

Your assistance in this matter is appreciated.  Thank you very much.

With aloha,

Ed Case

ED CASE
United States Congressman
Hawaii, Second District

Enclosure

F.D.C.
Medical Dept.
Dr. "Kim"

Exhibit "G"

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
| --- | --- | --- |
| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |

**7-25-06 0830** — Admin note Dr. Greg Lung, oral surgeon reports I/m Campos reconstructive surgery went well, no complications. However I/m complaining severe pain into 7-25-06 0830-JK. I/m with large dose of pain med due to his request.

J. KIM, D.D.S.
CHIEF DENTAL OFFICER

**7-26-06 0845** — Admin note I/m overdosed himself with pain medication @ 5pm 7-25-06. I/m was given w/ PCA pump to inject pain med. I/m pump too much + too often, didn't follow Doctor's instruction. I/m suspected aspiratory pneumonia from respiratory arrest due to overdose. Cultures been taken + X-ray took to confirm pneumonia.

DENIAL

J. KIM, D.D.S.
CHIEF DENTAL OFFICER

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Campos, Paul

(Continued On Reverse Side)

REGISTER NO.
92567-022

WARD NO.

FDC HONOLULU
HEALTH SERVICES UNIT
P.O. BOX 30547
HONOLULU, HAWAII 96820

DENTAL TREATMENT
HSA-237 (6-74)

Queen's Hosp.

Doctors

I.C.U.

Diagnosis

+ X RAY Result

Queens Med.

## THE QUEEN'S MEDICAL CENTER

| Type | ID | Author | Specialty | Author Type |
|------|-----|--------|-----------|-------------|
| H&P | 2047621-1 | Reid K Ikeda | INTERNAL MEDICINE | Physician |

| Status | | Version | Filed |
|--------|--|---------|-------|
| Authenticated by IKEDA, REID K on 7/26/06 at 8:09 AM | | Available | 07/26/2006 0809 |

**Related Notes**
Original Note : IKEDA, REID K at 07/26/2006 0638

PATIENT NAME: CAMPOS, PAUL L
MRN: 88987
ATTENDING: GREGORY Y. LUNG
DOB: 04/30/1954, AGE: 52Y

DATE OF ADMISSION OR SERVICE: 07/24/2006

REASON FOR TRANSFER: Hypoxemia and aspiration
pneumonia.

CHIEF COMPLAINT: Shortness of breath.

SOURCE AND RELIABILITY: The history is obtained
from the patient who is a poor historian as his
jaw is presently wired shut and it is difficult
for him to communicate.

HISTORY OF PRESENT ILLNESS: The patient is a 52-
year-old male, with the history of a gun shot
wound to the face and subsequent left nonunion
and malunion of a mandible fracture site with
malocclusion, who underwent mandibular osteotomy
with left iliac crest bone grafting yesterday.
The patient had problems with postoperative pain
and had been on a morphine PCA drip which, this
afternoon, had been running at 4 mg/h with 3 mg
boluses every 10 minutes. The patient was noted
by his nurse to be unresponsive and when a pulse
oximeter was used, his oxygen saturation was
noted to be in the low 80% range. A code blue
was activated and upon my arrival, the patient
was unresponsive and receiving bag mask
ventilation with oxygen saturation between 89 to
92%. The patient was given Narcan 0.4 mg IV with
subsequent improvement in his level of
consciousness and he began to complain of a
sensation of drowning. The patient was
subsequently nasotracheal suctioned with removal

of a fairly large amount of thick secretions and
his oxygen saturation subsequently improved to
98% and he reported that his breathing had
improved. At this time, he denies any surgical
pain, although his morphine PCA has been
discontinued. He does report shortness of
breath, but states that it is improved.

PAST MEDICAL/SURGICAL HISTORY:
1. Hypertension.
2. Hypercholesterolemia.
3. History of gun shot wound to the mandible.
4. Prior outpatient treatment with a biphasic
appliance.

CURRENT MEDICATIONS:
1. Atenolol.
2. Ancef.
3. Lovastatin.
4. Morphine PCA, which has been discontinued.

SOCIAL HISTORY: The patient is in the Federal
Detention Center. The social history could not
be obtained easily, but according to the recent
emergency room visit, he denied any tobacco,
alcohol or current illicit drug use.

FAMILY HISTORY: Unknown.

REVIEW OF SYSTEMS: Not obtainable.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: The patient is a well-
developed and well-nourished male who appears to
be uncomfortable, but is not in respiratory
distress. VITAL SIGNS: At the time of
evaluation, blood pressure is 148/89, pulse 105,
respiratory rate 24, oxygen saturation 98% on a
nonrebreather face mask. This has improved from
83% with bag mask ventilation initially. The
temperature is 37.3 degrees Celsius.
HEENT: Pupils are equal and reactive to light.
The jaw is wired together. LUNGS: Fair aeration
and bilateral rhonchi.
CARDIOVASCULAR: Regular rate and rhythm. Normal
S1 and S2. No audible murmur, rub or gallop.
ABDOMEN: Normoactive bowel sounds. Soft and
nondistended. EXTREMITIES: No edema, clubbing or
cyanosis.
NEUROLOGICAL: The patient moves all four
extremities with normal strength. SKIN: There is

a surgical scar in the left lower quadrant, below the abdomen, which is dressed and clean.

DIAGNOSTIC DATA: LABORATORY: Arterial blood gas shows a pH of 7.33, pCO2 of 53, pO2 91, bicarbonate 28, and oxygen saturation 96%.

The laboratory data today reveal a glucose of 139, BUN 15, creatinine 0.9, sodium 134, potassium 4.6, chloride 98, and CO2 31. The CBC shows a white blood cell count of 6.0, hemoglobin 12.9, hematocrit 37.3, and a platelet count of 237,000. The differential includes 86% neutrophils and 10% lymphocytes.

IMAGING: Chest x-ray shows bibasilar infiltrates. There is no reference chest x-ray for comparison.

ELECTROCARDIOGRAM: The electrocardiogram 'shows sinus tachycardia with a rate of 104. The axis are normal. The intervals are within normal limits. There are no ST or T-wave changes to suggest ischemia and there is no change from his baseline electrocardiogram done yesterday morning.

IMPRESSION: The patient is a 52-year-old male with a history of a prior mandible fracture site with a left nonunion and malunion who underwent a left anterior iliac crest bone graft harvest and left nonunion reconstruction yesterday. The patient had significant postoperative pain and was maintained on a morphine PCA and apparently had problems with narcotic toxicity this afternoon, leading to desaturation and unresponsiveness. The patient woke up fairly quickly after being given Narcan, but complained of continued shortness of breath. He required nasotracheal suctioning to remove thick mucus from his oropharynx, which he could not cough up as his jaw was wired shut. The patient's chest x-ray also shows evidence of bibasilar infiltrates, which is suspicious for aspiration pneumonia. Given the patient's problems with airway clearance and need for nasotracheal suctioning, it would be prudent to admit him to a setting where he can have continuous pulse oximetry and airway monitoring. As such, we will transfer the patient to the medical intensive care unit for closer observation and treatment.

**PLAN:**
1. ASPIRATION PNEUMONIA: We will place the patient empirically on vancomycin and Zosyn as he has had a suspected nosocomial aspiration. We will follow-up on the patient's sputum and blood cultures to guide antibiotic therapy. We will provide oxygen to maintain his SpO2 greater than 93%. Currently, he has a saturation of 98% on a nonrebreather face mask and we will wean this accordingly.
2. AIRWAY PATENCY: The patient apparently has had problems with clearing his secretions, given that his jaw is wired shut. He may require frequent nasotracheal suctioning to maintain airway patency. Should he develop respiratory distress, we have discussed what should be done with Dr. Lung, the patient's surgery attending. Dr. Lung has advised us to cut the wires that are keeping his jaw closed and to intubate him orotracheally with an endotracheal tube. This will be done should he deteriorate and not respond to nasotracheal suctioning.
3. POSTOPERATIVE PAIN: The patient apparently has a high tolerance for narcotics and had been on morphine PCA at 4 mg continuous infusion and 3 mg bolus every 10 minutes. He apparently developed narcotic toxicity while on this dosing and we will hold the PCA currently as he denies any pain, and restart it at a lower dose when he does have pain. We have asked for a pain service consultation as his postoperative pain management may be difficult.
4. HYPERTENSION: The patient is currently mildly hypertensive. This may be related to pain, however, we will continue his atenolol as previously. 5. ROUTINE MEDICAL INTENSIVE CARE UNIT CARE: We will place the patient on Protonix for stress ulcer prophylaxis and on venodynes for deep venous thrombosis prophylaxis.

CRITICAL CARE TIME: I spent approximately 60 minutes of critical care time in evaluation and treatment of this patient.

**Previous Note**

07/26/2006 0638 History & Physical By: IKEDA, REID K



**THE QUEEN'S MEDICAL CENTER**

| **Type** | **ID** | **Author** | **Speciality** | **Author Type** |
|---|---|---|---|---|
| D/C Summaries | 2051127-1 | Nares Smitasin | INTERNAL MEDICINE | Resident |

**Status**
Authenticated by SMITASIN, NARES on 7/30/06 at 10:14 PM
Authenticated by IKEDA, REID K on 8/8/06 at 8:02 AM

**Version**
Available

**Filed**
07/30/2006
2214

**Related Notes**
Original Note : SMITASIN, NARES at 07/30/2006 0830

PATIENT NAME: CAMPOS, PAUL L
MRN: 88987
ATTENDING: GREGORY Y. LUNG
DOB: 04/30/1954, AGE: 52Y

DATE OF ADMISSION: 07/24/2006
DATE(S) OF SERVICE: 0724/2006 - 07/28/2006

PRIMARY DIAGNOSES:
1. Respiratory arrest from opioid overdose.
2. Aspiration pneumonia.
3. Left nonunion and malunion of the mandible,
status post mandibular reconstruction.

SECONDARY DIAGNOSES:
1. Hypertension

CONSULTANT: None.

PROCEDURES:
1. Left anterior iliac crest bone graft harvest.
2. Left mandibular reconstruction of the
nonunion of the fracture on 07/24/2006.

REASON FOR TRANSFER: Respiratory arrest after
opioid overdose.

BRIEF HISTORY: This is a 53-year-old old man
with history of gunshot wound to the left face a
year ago and subsequently had left nonunion and
malunion of the mandible. The patient was
admitted on 07/24/2006 for left mandibular
reconstruction. Postoperatively, the patient was
transferred to the floor and was given morphine
PCA at the rate of 4 mg per hour with 3-mg
boluses every 10 minutes. The patient was noted
to be unresponsive and desaturated. Oxygen
saturation 80% and code blue was activated and

MICU arrived to the scene. Narcan 0.4 mg IV was given to the patient with improvement of his level of consciousness. The patient was nasotracheally suctioned and removed all fatty large amount of thick secretions. His oxygenation improved from 92% to 98% after suctioning of the secretions. The patient was transferred out to ICU for respiratory observation.

HOSPITAL COURSE:
1. Neurologic. The patient's mental status is intact, but only pain at the surgical site that troubled him. We have consulted pain and palliative management for the pain control and the patient was given Dilaudid 0.2 mg per hour basal rate and 0.2 mg IV every 30 minutes p.r.n. for breakthrough pain and later on, the Dilaudid drip has been increased to 0.3 mg per hour and the patient's pain has been decreased afterwards. The patient also has history of polysubstance abuse. He might be tolerating the opioid treatment.

2. Pulmonary. The patient has respiratory arrest after overdose of the morphine PCA, which was easily responded to Narcan 0.4 mg just one time. During the respiratory arrest episode, the patient might have aspirated and got aspiration pneumonia. Chest x-ray showed bilateral lower lobe infiltration. The patient was given antibiotics, which will be discussed in the ID section and improved after the treatment. Initially, the patient was on nonrebreather 50 L and subsequently able to decrease to just nasal cannula 3 L, maintained oxygen saturations at 93% to 99% and no respiratory distress. The patient was not intubated during ICU stay. Plan, we will monitor the respiratory status using pulse oximeter continuously and continue antibiotics for 10 days.

3. Cardiovascular. The patient has history of hypertension. During this admission, the patient was given atenolol 50 mg a day to control blood pressure around 130 to 140, systolic. No episode of hypotension.

4. GI. The patient is status post left mandibular reconstruction and has jaw wiring.

This did make him unable to open his mouth widely. We instructed the patient to drink Ensure through the straw for the nutritional supplement since the patient is unable to eat regular diet. Plan, encourage the patient to have Ensure 3 to 4 bottles a day or may increase as tolerated.

5. GU. No problem with renal function. The patient has adequate urine output and serum creatinine is stable around 0.7 to 0.9.

6. Heme. No problem with this system. Hemoglobin stable around 11 to 12. No abnormal bleeding.

7. ID. The patient has aspiration pneumonia. Chest x-ray showed bilateral lower lobe patchy infiltration. The patient might have aspirated during the respiratory arrest episode before transferring to ICU. The patient was given Zosyn and vancomycin for the treatment of aspiration pneumonia. Blood cultures are negative, but we are not able to get sputum sample for analysis. Right now, the antibiotic treatment is day 4. We planned to continue antibiotic for a 10-day course of treatment.

8. Endocrine. The patient has no problem with blood sugar control and the patient was not on hydrocortisone treatment.
9. ICU management. The patient is on famotidine 20 mg IV q.12h. for stress ulcer prophylaxis and Venodyne for DVT prophylaxis.

DISPOSITION: The patient will be transferred to Queen Emma Tower 9 with continued monitoring for oxygen saturation.

**Previous Note**

07/30/2006 0830 Interim Summary By: SMITASIN, NARES

§ ▼◉ ॥ Φ ▼ §

The Queen's Medical Center...1301 Punchbowl St...Honolulu, HI 96813........  Printed 8/24/06 12:56 PM

 **THE QUEEN'S MEDICAL CENTER**

## Imaging Results

### Reports

| Procedure | Component | Value | Units | Flag | Date/Time |
|---|---|---|---|---|---|

**XRAY - Chest AP Single View Port [4049514]**
Status: Completed

Narrative:

IDXrad Result Status: Finalized
Radiologist 1: JEFFREY YU, M.D./Signed
Requestor: REID K. IKEDA, M.D.
Diagnosis: s/p code 500
Report dictated on 7/26/06.
FINDINGS: Patchy infiltrates noted in both lung bases consistent with
pneumonia. This could also represent changes related to drug
reaction. No definite pleural effusions or pneumothorax seen.
END OF IMPRESSION:

Impression:

IMPRESSION:
BIBASILAR OPACITIES SEEN. NO COMPARISONS AVAILABLE.
THIS
COULD BE DUE TO PNEUMONIA OR POTENTIALLY DRUG
REACTION.
Thank you for this referral.
END OF IMPRESSION:

**XRAY - Chest AP Portable (pneumonia) [4049881]**
Status: Completed

Narrative:

IDXrad Result Status: Finalized
Radiologist 1: CRAIG A. HAMASAKI, M.D.(RAD)/Signed
Requestor: YAOWARAT 'ANN WAJANAPONSAN, M
Diagnosis: CONGESTION-PNEUMONIA
Report dictated on 7/26/06.
PORTABLE CHEST, 7/26/06 AT 0631 HOURS:
[518.3]
FINDINGS: Portable supine radiograph of the chest at 0631 hours is
compared to a previous radiograph dated 7/25/06 at 1825 hours.
Somewhat small lung volumes are again noted bilaterally. There are
bilateral pulmonary infiltrates in the mid to lower lungs suspicious
for bilateral pneumonia. These infiltrates appear grossly unchanged
compared with 7/25/06. Mild cardiomegaly is again seen. There is no
large pleural effusion. The thoracic aorta is mildly tortuous and
ectatic. Degenerative disc disease is noted throughout the visualized
portions of the thoracolumbar spine.
END OF IMPRESSION:

Impression:

IMPRESSION:
1. STABLE BILATERAL PULMONARY INFILTRATES SUSPICIOUS
FOR PNEUMONIA OR
ASPIRATION.
2. SMALL LUNG VOLUMES.
Thank you for this referral.
END OF IMPRESSION:

**XRAY - Chest AP Single View Port [4062021]**

Personal Finance ◆ Gadgets ◆ Health ◆ Cars ◆ Travel ◆ Leisure & Arts

# PERSONAL JOURNAL.

[ THE WALL STREET JOURNAL. ]

## Hospitals Move to Curb Anesthesia Risk

### New Guidelines Require Training For Surgeons Who Give Sedation Without an Anesthesiologist

By LAURA LANDRO

WITH MOUNTING CONCERN about risks from short-acting sedatives used in outpatient surgical procedures, hospitals are adopting strict new policies for the safe administration of the drugs, including new training to help doctors and nurses better respond when things go wrong.

Thanks in part to advances over the past few years in so-called conscious sedation, nearly 70% of surgical procedures are now performed in hospital outpatient departments, surgical centers and doctor's offices. With the latest sedating drugs, including fentanyl and Versed, doctors can now perform operations ranging from tummy tucks to cardiac catheterizations without the need for general anesthesia or an overnight hospital stay.

All this has helped boost demand for anesthesiologists and nurse anesthetists to administer the drugs—demand they cannot always meet at busy hospitals and surgical centers. So more surgeons, gastroenterologists and other providers are pushing hospitals for the right to administer their own sedation. At the same time, some insurers are declining claims for anesthesiologist services during outpatient procedures such as colonoscopies.

The downside, safety experts warn, is that powerful sedatives are more often being administered by medical professionals who aren't adequately trained in anesthesia and safety practices, increasing the risks of respiratory complications, cardiac arrest, brain damage and even death. The University HealthSystem Consortium, which includes 95 of the nation's largest academic medical centers, says data presented at a recent meeting

suggest there may be potentially 1,380 incidents a year nationwide related to sedation—ranging from an overdose of drugs to a procedure that is started before a patient is adequately sedated.

Training and licensing standards vary from state to state. So to minimize risk, hospitals are adopting strict new credentialing programs for anyone who administers anesthesia, with recertification every two years. Hospitals are also conducting mock drills to test response in a sedation emergency and instituting stricter policies for monitoring patients.

"Advances in pharmacology have given us medicines that now permit much better patient comfort than ever before, but they also carry risks," says James Allen, professor of

Please Turn to Page D3, Column 1

# Hospitals Move to Curb Risks of Sedation

*Continued From Page D1*

clinical internal medicine at the Ohio State University Medical Center and a member of a task force developing sedation guidelines for the UHC. "Because these drugs can cause more sedation than anticipated, the challenge is making sure the doctor not only has the skills to administer them but recognizes when there's a problem and knows how to deal with it."

UHC, which issued "best practice" recommendations for moderate sedation last year, is finalizing new recommendations for deep sedation, which will be issued this fall. Among its recommendations: that so-called rescue drugs to reverse the effects of sedatives be kept in the operating room, and that providers who administer deep sedation be trained in advanced life support, critical-care monitoring, and inserting breathing tubes.

The American Society of Anesthesiologists, which establishes practice guidelines for non-anesthesiologists used by UHC and others, is reviewing its policies on training and credentials for deep sedation, according to Orin Guidry, the group's president and an anesthesiologist at the Ochsner Clinic Foundation in New Orleans. At minimum, he says, any medical professional administering sedation "ought to be able to deal with sedation one level deeper than the one they intended to accomplish," says Dr. Guidry.

Conscious sedation involves sedative drugs that lower the level of consciousness, but don't put a patient completely under as with general anesthesia; patients can usually breathe on their own and recover more quickly. Under moderate sedation, which may be used for simpler procedures such as dental surgery, patients can respond to verbal commands or light touch. While in deep sedation, used for more-involved procedures, patients can't be easily aroused and may need extra oxygen.

The most commonly recommended sedation drugs include fentanyl and Versed. A newer drug, propofol, is gaining popularity for colonoscopies and other procedures because it works quickly, deeply sedates patients and lets them recover faster. While there are drugs that can be given to reverse the effects of Versed and fentanyl, there is no antidote to reverse propofol.

Because individuals react differently to sedatives—depending on factors such as age, weight, and use of alcohol or drugs—it isn't always clear how deeply a patient will be sedated. Thus, a doctor or nurse experi-

## THE INFORMED PATIENT

enced in administering moderate sedation, for example, may not be prepared to rescue a patient who slips into a deeper state or has trouble breathing. Patients who snore, are obese, have short necks or excessive facial hair (which makes it hard to seal a facial mask) may be at added risk for breathing complications.

Patients need to ask what type of sedation will be used for their procedure, whether there will be someone licensed to administer anesthesia if there is no anesthesiologist or nurse anesthetist present, and what equipment is in the room in the event of an overdose, such as rescue drugs

> ## Patients who snore or are obese may be at added risk for breathing problems.

and defibrillators, says Ellen Flynn, director of quality and accreditation at UHC.

With little or no regulation of procedures in surgical centers and doctors' offices in most states, patients may feel safer in a hospital. But even then, providers aren't always adequately trained for emergencies or don't have the necessary rescue equipment on hand, warns John Bienko, assistant professor of anesthesiology at the University of Maryland School of Medicine and a member of the UHC task forces on moderate and deep sedation guidelines.

In a survey of its members three years ago, the consortium found that 42% of hospitals don't require providers to have life-support training, even if a cardiac arrest team may not be available for more than five minutes. Only half of providers allowed to administer moderate sedation were trained in recognizing high-risk airways, or even basic airway management.

The nonprofit Joint Commission on Accreditation of Healthcare Organizations has required for the past few years that hospitals have clear policies for administering moderate and deep sedation, and that staffers have appropriate credentials to manage whatever level of sedation occurs. Still, in a survey two years ago, JCHAO found that 18% of hospitals weren't adhering to those standards. Robert Wise, the group's vice president for standards, says rapid growth in outpatient surgeries has raised "new concerns that the people who may not be qualified are using agents like propofol that they are more likely to get in trouble with."

Karen Domino, associate anesthesiology professor at the University of Washington in Seattle and chairwoman of ASA's committee on professional liability, notes that in an analysis in the journal Anesthesiology earlier this year, more than 40% of malpractice claims associated with sedative use monitored by an anesthesiologist involved death or brain damage. That rate is similar to general anesthesia claims—and nearly half could have been prevented by better monitoring. "It serves to emphasize that sedative drugs can be very tricky, even with the care of an anesthesiologist," Dr. Domino says. "Patients may think it is safer than general anesthesia, but sometimes things just don't go well."

*Email me at informedpatient@wsj.com.*

# Roche Seeks Wider Avastin Use

**Roche Holding AG** said it filed its top-selling drug Avastin to Europe's medical regulator for approval as a treatment for the most common form of lung cancer.

After colorectal and breast cancer, lung cancer is the third type of disease in which Avastin has demonstrated an ability to extend patients' lives, the Swiss-based drug maker said. Analysts expect the drug eventually to generate sales of eight billion Swiss francs, or about $6.53 billion, should it gain regulatory approval for use in all these cancers.

Europe's Medicines Agency will likely decide on the use of Avastin in lung cancer by the middle of next year. In the

U.S., a decision by the Food and Drug Administration on the same indication is expected by Oct. 11. Avastin, the first drug to successfully attack cancer by cutting off the blood supply to tumors, would also be used in combination with chemotherapy to treat lung cancer.

Avastin ranks fifth by sales among Roche's medicines and is one of its fastest growing products. In 2005, Avastin contributed sales of 1.67 billion Swiss francs to its 27.27 billion Swiss francs sales of prescription drugs. Roche sells Avastin in Europe; Genentech Inc. which Roche owns a majority and which developed the drug, sells it in the U

PRIVILEGED LEGAL MAIL
CONFIDENTIAL

HONOLULU HI 968     7 SEP     PM HONOLULU HI 9

HONORABLE HELEN GILLMOR,
CHIEF FEDERAL DISTRICT COURT JUDGE
FOR THE DISTRICT OF HAWAII
PRINCE KUHIO FEDERAL BUILDING
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

9/6-06

**FEDERAL DETENTION CENTER**

P.O. BOX 130080
HONOLULU, HI 96819

DATE: 07 SEP A.M.

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.