# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 21, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00136HG-01 |
| CASE NAME: | UNITED STATES OF AMERICA v. PAUL LANAKILA CAMPOS |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr.<br>Rylan R. Oshiro, Case Agent, IRS |
| ATTYS FOR DEFT: | Matthew C. Winter |
| U.S.P.O.: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | September 21, 2006 | TIME: | 3:45 - 4:00 |

COURT ACTION:   SENTENCING AS TO COUNT 7 OF THE INDICTMENT -

The defendant is present in custody.

Defendant's Oral Motion to Continue Sentencing - GRANTED.

Sentencing continued to September 26, 2006 at 11:00 a.m.

Submitted by: Mary Rose Feria, Courtroom Manager