# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 26, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00136HG-01 |
| CASE NAME: | UNITED STATES OF AMERICA v. PAUL LANAKILA CAMPOS |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr.<br>Gregory T. Miki, Case Agent, IRS |
| ATTYS FOR DEFT: | Matthew C. Winter |
| U.S.P.O.: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | September 26, 2006 | TIME: | 1:45 - 2:20 |

COURT ACTION:     SENTENCING AS TO COUNT 7 OF THE INDICTMENT -

The defendant is present in custody.
The Memorandum of Plea Agreement is accepted.

Allocution by the defendant.

ADJUDGED: Impr of 41 months with credit for time served from October 5, 2005.

SUPERVISED RELEASE: 3 years, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant is prohibited from the possession and use of alcohol.

9. That restitution of $47,861.21 is due immediately to Internal Revenue Service, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

10. That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

11. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

12. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

13. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

14. That the defendant shall provide to the Probation Office a signed release authorizing credit checks and an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant and any business owned, in whole or in part, by the defendant.

15. That the defendant shall notify the Probation Office of any contemplated employment and shall obtain approval from the Probation Office for all employment.

Special Assessment: $100.00

Advised of rights to appeal the sentence, etc.

RECOMMENDATION: That the defendant be held at FDC-Honolulu until the completion of his surgery.  This surgery shall be expedited.  The defendant should then be placed in a medical facility to be evaluated and given any necessary treatment with respect to his jaw injury.  Further, the defendant participate in drug treatment and educational/vocational training programs.
The Government's Oral Motion to Dismiss Counts 1-6, 8-15 of the Indictment - GRANTED.

Submitted by: Mary Rose Feria, Courtroom Manager